# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

142888

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY ANN LAMKIN,
            Plaintiff,

v                                                       SC: 142888

JUDICIAL TENURE COMMISSION,
            Defendant.

_____/

On order of the Court, the complaint for superintending control is considered, and it is DISMISSED, for the reason that there is no "proceeding" before the Judicial Tenure Commission within the meaning of MCR 9.203(C).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

t0921